No. 94–9845.  GIBBS v. FRANKLIN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–9846.  GIOVANNI v. STALDER, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–9847.  HYDE v. OFFICE OF SPECIAL COUNSEL ET AL. C. A. 10th Cir.  Certiorari denied.

No. 94–9848.  GRESHAM v. TRANSPORTATION COMMUNICATIONS INTERNATIONAL UNION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 94–9849.  JANIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–9850.  STEVENS v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 94–9851.  LANG v. BANK OF NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 94–9852.  ADAMS v. BRAXTON, DEPUTY DIRECTOR/INSTITUTIONS, DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS. Ct. App. D. C.  Certiorari denied.

No. 94–9853.  BOOKERT v. ROTH ET VIR.  Sup. Ct. N. M.  Certiorari denied.

No. 94–9855.  CAMPBELL v. CALIFORNIA DEPARTMENT OF MOTOR VEHICLES.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 94–9856.  ABDUL-WADOOD v. WAPLES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–9857.  CHAPMAN v. CURRIE MOTORS, INC., ET AL. App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 94–9858.  BAKER v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–2.  ASSOCIATION OF FRIGIDAIRE MODEL MAKERS ET AL. v. GENERAL MOTORS CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.